## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE

DEANA L. ROMANO,                                              Bankruptcy No. 23-21078-CMB

                Debtor

_____            Adversary No.

DEANA L. ROMANO,

Plaintiff

v.

AMERICAN EDUCATION SERVICES AND
US DEPARTMENT OF EDUCATION,

Defendants.

_____

### ADVERSARY ACTION TO DETERMINE DISCHARGE ELIGIBILITY

AND NOW comes Debtor, Deana L. Romano ("Plaintiff" or "Debtor"), in the above-captioned matter by and through their undersigned counsel, The Lynch Law Group, LLC, Michael C. Mazack, Esquire, and file the within Adversary Action to determine the discharge eligibility of Defendants' debts Pursuant to §§ 523(a)(8) of the Bankruptcy Code, and aver as follows:

### PARTIES

1. Plaintiff is an adult individual with a last known address of 92 Seneca Drive, Pittsburgh, Pennsylvania 15228.

2. Defendant, American Education Services ("AES"), is a loan servicer with an address of 1200 North 7th Street, Harrisburg, Pennsylvania 17102.

3. Defendant, US Department of Education ("DOE"), is a federal agency with a last known address of 400 Maryland Avenue, SW, Washington, DC 20202.

## JURISDICTION AND VENUE

4. Jurisdiction over this matter is conferred upon this Court pursuant to 11 U.S.C. § 523(a)(8) and 11 U.S.C. § 727(b).

5. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(b)(2)(I) and (J) and 1334(a).

6. Venue lies in this judicial district under 28 U.S.C. §§ 1391(b) and 1408(a)(1) as the parties, property, and events, which give rise to the claims set forth herein, occurred and were located within this Court's boundaries for one-hundred-and-eighty-days preceding Debtor's bankruptcy filing.

7. Pursuant to FRBP 7012(b) the Plaintiff, Deana Romano, consents to the entry of final orders or judgment by this Honorable Court.

## FACTUAL BACKGROUND

8. On or around May 19, 2023, Plaintiff filed for protection pursuant to Chapter 7 of the Bankruptcy Court at the within case number (the "Bankruptcy"). *See* Doc. 1.

9. The Plaintiff's Schedule E/F shows debts that the Plaintiff owes to AES in the aggregate amount of approximately $198,757.00 for Parent Plus and federally subsidized student loans. *See Doc. 1. Page 18.*

10. As required by 11 U.S.C. § 704(b), the United States Trustee indicated that the Bankruptcy filing was presumed to be an abuse under section 707(b) of the bankruptcy code because the Plaintiff's monthly income significantly exceeded the guidelines outlined by that statute. *See Doc. 18.*

11. In response to this presumption, the Plaintiff provided the US Trustee with evidence to show that the Debtor suffers from a long-term medical condition that will result in her terminating her employment and applying for permanent disability on or before September 2023.

12. In response to the information provided by the Plaintiff, the US Trustee determined that special circumstances existed to rebut the presumption of abuse. *See Doc. 26.*

## APPLICATION FOR DISCHARGE PURSUANT TO 11 U.S.C. § 523(a)(8)

13. The Plaintiff hereby incorporates the above-pleaded paragraphs by reference as if the same were set forth more fully at length herein.

14. The Plaintiff is in the process of stopping work due to her medical condition and intends to apply for permanent disability this month.

15. Plaintiff's decision to stop work and apply for permanent disability is based on the advice of her physicians and is designed to provide her with the best possible quality of life moving forward.

16. Plaintiff's physicians have advised her that she is no longer physically capable of handling the stress and strain of employment due to her medical condition.

17. Upon information and belief, the Plaintiff presently cannot maintain a minimal standard of living if she is required to repay the outstanding student loans.

18. The Plaintiff's medical conditions and pending permanent disability award demonstrate that the Plaintiff's financial situation is likely to persist into the future for a significant portion of the loan repayment period.

19. The Plaintiff did not have the opportunity to make good faith efforts in the past to repay the student loans because the repayment terms of those loans are just taking effect. Plaintiff's first student loan payment is due September 30, 2023.

20. Pursuant to 11 U.S.C. § 523(a)(8) the Plaintiff is entitled to a discharge of the student loans outstanding to AES because she would face an undue hardship if she were required to repay these debts.

WHEREFORE, Plaintiff, Deana L. Romano, requests this Honorable Court issue an Order granting her discharge request relative to all debts owed to AES and DOE as they are listed on her bankruptcy schedules.

Respectfully submitted,

The Lynch Law Group

*/s/ Michael C. Mazack*
Michael C. Mazack, Esquire
*Counsel for Plaintiff, Deana L. Romano*

Cranberry Professional Park
501 Smith Drive, Suite 3
Cranberry Township, PA 16066
TEL: (724) 776-8000
FAX: (724) 776-8001